UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

01 APR 26 PM 2:12

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

SUE THOMAS,

Plaintiff(s),

v.                                    CASE NO:    3:94-cv-445-J-20

DILLARD DEPARTMENT STORES,

Defendant(s).

## CLERK'S CERTIFICATE
## OF EXHIBITS AND/OR EXHIBIT SUBSTITUTES DESTRUCTION

The following described exhibits and/or exhibit substitutes have been destroyed as authorized by Rule 5.04 of the Rules of the District Court of the United States for the Middle District of Florida:

    See attached exhibit list.

**X**    See below

    Plaintiff's exhibits: 2,3,11,18,19,26-28,39,41,44,84,110,133,150

Date of Destruction: **April 26, 2001**

SHERYL L. LOESCH, CLERK

By:   Marlene Kerley
Deputy Clerk